# IN THE SUPREME COURT OF THE STATE OF NEVADA

TERRANCE BROTHERS,
Petitioner,
vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS
(OFFENDER MANAGEMENT
DIVISION); AND WARM SPRINGS
CORRECTIONAL CENTER,
Respondents.

No. 83751

**FILED**

DEC 0 3 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS*

This emergency, pro se, original petition for a writ of mandamus seeks to compel respondents to release petitioner from incarceration pursuant to a grant of parole. Respondents have timely filed an answer, as directed.

In their answer, respondents confirm that the letter from the Pardons Board officially commuting petitioner's sentences was received on November 4, 2021, and that petitioner was scheduled for release to parole on November 24, 2021. Therefore, as it appears that petitioner has been released on parole and this court is no longer able to grant the relief petitioner requested, we dismiss the petition as moot. *See Personhood Nev. v. Bristol*, 126 Nev. 599, 602, 245 P.3d 572, 574 (2010) (holding that a case

21-34519

that initially presents a live controversy may be rendered moot by subsequent events).

It is so ORDERED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Terrance Brothers
       Attorney General/Carson City
       Attorney General/Las Vegas
       Eighth District Court Clerk